UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAVID JOSEPH BRUNELLI, and
2.  **WILLIAM GILBERT GLASSPOOLE,**

      Defendants.

---

**ORDER AND NOTICE OF SENTENCING HEARING**

---

**IT IS HEREBY ORDERED** that the Sentencing Hearing for Defendant William Gilbert Glasspoole will be held on **March 9, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 17th day of January, 2006.

      BY THE COURT:

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge