UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00279-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVID JOSEPH BRUNELLI, and
2. WILLIAM GILBERT GLASSPOOLE,

        Defendants.

## ORDER DIRECTING RESPONSE

THIS MATTER comes before the Court on Defendant Brunelli's Motion to Continue Sentencing (**#101**).

**IT IS ORDERED** that the Government shall file a response to the motion no later than **5:00 p.m.** on **Friday, October 13, 2006.**

Dated this 13th day of October, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge